**Derrick J. NEWSOME, Plaintiff— Appellant,**

v.

**Terry STEWART, sued in individual & official capacity, et al., Defendants—Appellees.**

**No. 02–17191.**

**D.C. No. CV–02–01611–FJM.**

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2003.*

Decided May 15, 2003.

Before PREGERSON, REINHARDT and GRABER, Circuit Judges.

MEMORANDUM**

Derrick J. Newsome, an Arizona state prisoner, appeals pro se the district court's sua sponte dismissal of Newsome's civil rights action alleging that his due process rights were violated in a prison disciplinary hearing which deprived him of good time credits. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We review de novo a dismissal under the screening provisions of the Prison Litigation Reform Act, 28 U.S.C. §§ 1915A(a), 1915A(b)(1) & (2). *See Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998)

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

(order), *cert. denied,* 525 U.S. 1154, 119 S.Ct. 1058, 143 L.Ed.2d 63 (1999). Newsome's action is barred by *Heck v. Humphrey,* 512 U.S. 477, 483–84, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), because Newsome's claims challenge the duration of his confinement, and Newsome may not bring such a 42 U.S.C. § 1983 action unless and until his disciplinary conviction is overturned. *See Edwards v. Balisok,* 520 U.S. 641, 647, 117 S.Ct. 1584, 137 L.Ed.2d 906 (1997).

**AFFIRMED.**